IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HAMMOND MURPHY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 1:22-cv-45-SPB-RAL |
| v. | : | |
| | : | |
| ALICE + OLIVIA, LLC, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's July 6, 2022 Order for Statistical Closing (Doc. No. 16), Plaintiff, Anthony Hammond Murphy, and Defendant, Alice + Olivia, LLC, by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE** that the above-captioned action shall be **DISMISSED WITH PREJUDICE** and with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Lawrence H. Fisher*<br>Lawrence H. Fisher, Esquire<br>lawfirst@lawrencefisher.com<br>One Oxford Centre<br>301 Grant St., Suite 270<br>Pittsburgh, PA 15219<br>Tel: 412-577-4040 | */s/ Barry L. Cohen*<br>Barry L. Cohen, Esquire<br>bcohen@rccblaw.com<br>Marc Cytryn, Esquire<br>mcytryn@rccblaw.com<br>Royer Cooper Cohen Braunfeld LLC<br>Two Logan Square<br>100 North 18th Street, Suite 710<br>Philadelphia, PA 19103<br>Tel: 484-362-2628; Fax: 484-362-2630 |
| *Attorneys for Plaintiff, Anthony Hammond Murphy*<br><br>Dated: August 4, 2022 | *Attorneys for Defendant, Alice + Olivia, LLC*<br><br>Dated: August 4, 2022 |

It is so ordered August 8, 2022.

_____
United States District Judge